UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,     CASE NO. 8:15-Cr-284-T-26MAP

v.

LUCIO MOLINA MORRIQUIN
_____

**<u>SENTENCING MEMORANDUM OF LUCIO MOLINA MARROQUIN</u>**

COMES NOW the Defendant, LUCIO MOLINA MORRIQUIN, who, by and through undersigned counsel, files this sentencing memorandum, and would briefly state:

<u>Background</u>

The underlying case was prosecuted under a theory that a semi-submersible vessel known as the *Geronimo* departed Colombia in July 2015 with a crew of four (4) Colombian nationals and 6,900 kilograms of cocaine. After the *Geronimo* reached an area in the eastern Pacific Ocean approximately 200 miles west of Puerto Escondido, Oaxaca, Mexico, the vessel sat idle while awaiting the arrival of a sufficient number of "go fast" vessels to offload the large shipment of cocaine. The go fast vessels never arrived. Members of the U.S. Coast Guard spotted the *Geronimo*, as well as a 25' vessel known as the *Dilan*, which appeared to be headed on a direct course for the *Geronimo*. The *Dilan* was about 12 nautical miles away from the *Geronimo* when the *Dilan* came to a stop, lay dead in the water for a brief period, and then reversed course, appearing to head back toward the direction of the shoreline of Mexico with its crew of three Mexican nationals on board, which included the defendant (Lucio Molina-Marroquin) and co-defendants (Robinson Perez-Montes ("Perez-Montes"), and javie Noyola-Ruiz ("Noyola-Ruiz")). At trial the captain of the *Geronimo* testified that on prior drug trafficking trips he made to Mexico a vessel similar to that of the *Dilan* would transport him and his semi-submersible crew to the Mexican shore while a fleet of go fasts vessels

would transported the offloaded cocaine as the semi-submersible was being scuttled to the bottom of the Pacific Ocean. No one has made, nor could they reasonably make, an argument that the *Dilan* was equip to transport any of the cocaine that was aboard the *Geronimo*.

Sentencing Position

Members of the *Dilan* crew are similarly situated among themselves. Under the aforementioned theory the crew of the *Dilan* was to transport the captain of the *Geronimo* or the entire crew of the *Geronimo* to the Mexican shore while other vessels offloaded the cocaine. It is the position of defendant Molina-Marroquin that the role of transporting the crew would be a minimal role in the overall scope and structure of the drug trafficking enterprise. A minimal role, with no prior participation in drug trafficking activity, would warrant a four-level downward adjustment, and if applied would bring defendant Molina-Marroquin to a level 34 and an advisory sentencing range of 151 to 188 months. Recognizing, for the sake of argument, that there was testimony that defendant Molina-Marroquin was "present" during the offloading of a prior drug trafficking trip to Mexico, he would not perhaps qualify for minimal role, but instead a minor role.[1] A minor role reduction of two-levels would be warranted, and if applied would bring defendant Molina-Marroquin to a level 36 and an advisory sentencing range of 188-235 months. If, however, the court determined that the role of defendant Molina-Marroquin fell somewhere between that of minimal and minor, perhaps a three-level downward adjustment would be warranted, and if applied would bring defendant Molina-Marroquin to a level 35 and an advisory

---

[1] The testimony came from a member of the *Geronimo* crew who testified that he (the witness) "is a liar," and furthermore, that he "lies all the time."

sentencing range of 168-210 months. In any instance, defendant Molina-Marroquin would request a sentence at the low end of the advisory guidelines range.

Finally, defendant Molina-Marroquin adopts the argument of co-defendants Noyola-Ruiz and Robinson-Perez in requesting a variance from the advisory guideline range. As expressed by co-defendant Perez-Montes in his sentencing memorandum, it is the position of defendant Molina-Marroquin that he "should be treated no differently [than] similarly situated individuals." (Dkt. 279, at 10). The Colombians aboard the semi-submersible and the nearly five (5) to seven (7) tons of cocaine were sentenced between 108 and 120 months. Defendant Molina-Marroquin is asking for a variance that would result in a sentence of 120 months incarcerations.

Respectfully submitted this 1st day of September, 2016.

**IRVIN LAW FIRM**

/s/ Grady C. Irvin, Jr.
_____
Grady C. Irvin, Jr. (FBN: 0006548)
6105-A Memorial Highway, Suite 15
Tampa, Florida 33622-1246
Telephone: 813.882.4900

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2016, a true and correct copy of the foregoing was provided by electronic (CM/ECF) filing to: **Christopher F. Murray, AUSA**, Office of the U.S. Attorney.

**IRVIN LAW FIRM**

/s/ Grady C. Irvin, Jr.
_____
Grady C. Irvin, Jr. (FBN: 0006548)
6105-A Memorial Highway, Suite 15
Tampa, Florida 33622-1246
Telephone: 813.882.4900